# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAARON SHEARS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 18-1596 |
| | ) | Judge Nora Barry Fischer/ |
| v. | ) | Magistrate Judge Maureen P. Kelly |
| | ) | |
| PUSHKALAI PILLAI and ALICIA BERGER, | ) | |
| | ) | |
| Defendants. | ) | Re: ECF No. 14 |

## ORDER

Daaron Shears ("Plaintiff") has filed a Motion for Preliminary Injunction (the "PI Motion") in this prisoner civil rights action. ECF No. 14. This prisoner civil rights action had been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rule 72 of the Local Rules for Magistrate Judges.

Magistrate Judge Kelly, in a Report and Recommendation (the "Report"), ECF No. 16, filed on February 22, 2019, recommended that the PI Motion, ECF No. 14, be denied as moot, given that Plaintiff had been transferred out of the prison and the conditions at that prison, concerning which he had sought the preliminary injunction.

Service of the Report was made on the Plaintiff at his address of record. Plaintiff was given until March 11, 2019 to file any objections. The deadline of March 11, 2019 has now passed and Plaintiff has not filed any Objections.

Accordingly, after *de novo* review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

1

AND NOW, this 12th day of March 2019;

IT IS HEREBY ORDERED that the Preliminary Injunction Motion, ECF No. 14, is denied as moot.

IT IS FURTHER ORDERED that the Report and Recommendation, ECF No. 16, filed on February 22, 2019, by Magistrate Judge Kelly, is adopted as the opinion of the Court.

        BY THE COURT:

        s/Nora Barry Fischer
        NORA BARRY FISCHER
        UNITED STATES DISTRICT JUDGE

cc:    The Honorable Maureen P. Kelly
       United States Magistrate Judge

       DAARON SHEARS
       KV1912
       SCI FOREST
       BOX 945
       MARIENVILLE, PA 16239